IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AMIT PANDEY

              Defendant.

17-CR-6143

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 2252A(a)(2)(A)

## COUNT 1

### The United States Attorney Charges That:

On or about February 17, 2017, in the Western District of New York, the defendant, AMIT PANDEY, did knowingly receive child pornography, as defined by Title 18, United States Code, Section 2256(8), that is, an image of a minor female victim, a person known to the United States Attorney, engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, AMIT PANDEY, shall forfeit to the United States of America any property which contains

a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(1), and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

1. Samsung Galaxy S5 smart phone seized from defendant on February 8, 2017.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

Dated: Rochester, New York, October 12, 2017

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: _____
JOHN J. FIELD
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
John.Field@usdoj.gov